No. 790.—Calderón, recurrente, *v.* Registrador de la Propiedad de San Juan, recurrido.— Dic. 19, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Texidor.)

Por cuanto, aparece de los documentos presentados en este caso que en dos de las escrituras otorgadas en una división de finca obtenida por herencia, compareció Doña Eulalia Quiñones como apoderada de su esposo Don Francisco Calderón y Escalera, no acreditándose el poder más que bajo la aseveración de la compareciente, y no haciéndose indicación de que se trate de poder escrito y expreso;

Por cuanto, esos dos documentos públicos son parte integrante de una serie de escrituras por medio de las que se hace la división y entrega de bienes inmuebles, herencia de Bárbara Escalera;

Por cuanto, se halla prescrito por el Código Civil de Puerto Rico (art. 1615) y confirmado por la jurisprudencia que para transigir, enajenar, hipotecar, o ejecutar cualquier acto de dominio, es necesario poder expreso, calidad que no aparece de las escrituras, ni en ninguna otra forma en el registro de la propiedad;

Por cuanto, es aparente que las dos escrituras de que se trata son parte de un contrato que tiene por fin la división de esos bienes hereditarios, y que consta que ésas y otras escrituras, que también fueron presentadas, que están, en derecho, afectadas por las dos de que se habla en primer tér-

mino, y cuya inscripción fué también denegada por la nota de que se recurre,

POR TANTO, se confirma la nota del Registrador de la Propiedad de San Juan, objeto de este recurso.